IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUEINTON LAVELL MATTHEWS, JR.,

    Plaintiff,

v.

ANDREW NETZ, BYRON WIRTH,
SUSANNA PEARSON, MIKE CHRISTENSEN,
SHEENA LUBE,
JAMES WURROW and JOSEPH KEENA,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-247-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Byron Wirth, Susanna Pearson, Mike Christensen, Sheena Lube, James Wurrow and Joseph Keena for failure to state a claim upon which relief may be granted; and

    (2) granting defendant Andrew Netz's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____    _____
Peter Oppeneer, Clerk of Court               Date